# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN TC YEH,** | : | No. 3:18cv943 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **UNITED STATES BUREAU OF PRISONS; HUGH J. HURWITZ,** Director of the BOP; **J. RAY ORMOND,** Regional Director of the BOP, Northeast Region; **SCOTT FINLEY,** Warden of FCI Schuylkill, | : : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 6th day of August 2019, it is hereby **ORDERED** as follows:

1) The report and recommendation of Magistrate Judge Carlson (Doc. 78) is **ADOPTED** in part and **NOT ADOPTED** in part;

2) The report and recommendation is adopted insofar as the defendants' motion for judgment on the pleadings (Doc. 59) is **DENIED** with respect to whether the plaintiff has a cause of action under the Rehabilitation Act;

3) The report and recommendation is not adopted insofar as the defendants' motion for judgment on the pleadings (Doc. 59) is **GRANTED** with respect to mootness;

4) The Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff; and

5) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Judge**